**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**LEMONT BAGGETT,** **PETITIONER**

**V.** **NO. 2:07CR164-WAP**

**UNITED STATES OF AMERICA,** **RESPONDENT**

## ORDER

Presently before the court is the Petitioner's motion for relief from judgment. Petitioner was sentenced on March 31, 2008, to thirty months imprisonment to be followed by three years of supervised release. Petitioner's motion cites several purported errors with regard the guilty plea and plea agreement contradicting the court's acceptance of his plea as knowing, intelligent and voluntary. Petitioner has also filed a notice of appeal. Petitioner's motion for relief from judgment (docket entry 49) is DENIED.

IT IS SO ORDERED.

THIS the 16th day of April, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE