**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**UNITED STATES OF AMERICA,**     **PLAINTIFF**

**V.**     **NO. 2:07CR164-WAP**

**LEMONT BAGGETT,**     **DEFENDANT**

**ORDER**

Presently before the court are Defendant's various *pro se* motions. Defendant was sentenced on March 25, 2008 to thirty months imprisonment. Judgment was entered on March 31, 2008. Proceeding *pro se*, Defendant timely filed a notice of appeal. Subsequently, Defendant filed a motion to proceed with his appeal *in forma pauperis* (docket entry 58 ) which is GRANTED.

Referring to his inability to pay the costs, Defendant then asks for a copy of the transcripts from his sentencing and a copy of the plea agreement. A plea agreement, however, has not been made a part of this record. Nevertheless, if there is a written plea agreement, the Government shall as soon as practical provide a copy of the same to the Defendant. The clerk's office is also directed to provide a copy of the transcripts from sentencing hearing held on March 25, 2008 to Defendant. Thus, the transcript request (docket entry 54) is GRANTED.

Finally, Defendant asks that his attorney, Robert Laher, be removed. Mr. Laher has already been terminated as the attorney of record in this matter. Therefore, Defendant's motion (docket entry 59) is DENIED as moot

**SO ORDERED,** this the 7th day of July, 2008

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE